THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARCHIBALD NEW-BECKER, Appellant.—Appeal by the defendant from two judgments of conviction rendered by the Court of Special Sessions of the City of New York, Borough of Brooklyn. One judgment convicts the defendant of a violation of section 2040 of the Penal Law (willful violation of the terms of a lease), and the second judgment convicts him of violating section 225 of the Sanitary Code of the City of New York (failure properly to heat premises occupied as a home). Defendant was sentenced to serve thirty days in the workhouse on each conviction, the sentences to run concurrently. The defendant served eleven days and then secured a certificate of reasonable doubt. Judgments of conviction modified on the law and the facts by reducing each sentence to the time already served, and as so modified, unanimously affirmed. In our opinion the sentence was excessive. Present—Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY OLLINS, Appellant.—Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of assault in the third degree, unanimously affirmed. No opinion. Present—Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BESSIE ROSEN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of unlawful possession of policy slips, in violation of section 974 of the Penal Law, unanimously affirmed. No opinion. Present—Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRENE ROSEN, Appellant.—Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting her of the crime of assault in the third degree. Judgment unanimously affirmed. No opinion. Present—Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KNOLLWOOD COUNTRY CLUB, INC., Respondent, against EDWARD G. DUERSTEIN, as President, et al., Constituting the Board of Assessors of the Town of Greenburgh, Appellants.—In a proceeding to review the assessment for the year 1942 of respondent's real property, order confirming a referee's report unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Appeal from decision dismissed, without costs. Present—Hagarty, Acting P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

EDWARD W. SCHWABACHER, as Administrator of the Estate of EDWARD F. SCHWABACHER, Deceased, Respondent, v. LOUIS R. NILSEN, Individually and as Conducting Business under the Name of NILSEN & MILLS, et al., Appellants. —In an action to recover damages for personal injuries and for wrongful death, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present —Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.